455 A.2d 201

Commonwealth v. Hoak, Appellant.

Submitted September 30, 1981.  John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

455 A.2d 201

Commonwealth, Appellant v. Houghton.

Argued February 22, 1982.  Laurence M. Kelly, District Attorney, for Commonwealth, appellant; Robert G. Dean, for appellee.

Before SPAETH, BROSKY and BECK, JJ.

The order of the court is affirmed.